...

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN    DISTRICT OF    NEW YORK

The Annuity, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers Local 15, 15A, 15C & 15D, AFL-CIO et al.

V.

United Rental Aerial Equipment, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 CIV. 7877

JUDGE STEIN

TO: (Name and address of defendant)

United Rental Aerial Equipment, Inc.
185 Thorpe Street
Fairfield, CT 06430

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

(By) DEPUTY CLERK

DATE 9/7/07

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.7877     AND FILED ON     9/7/2007

| | |
|---|---|
| THE ANNUITY, WELARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 15, 15A,15C & 15D, Vs. | Plaintiff(s)/Petitioner(s) |
| UNITED RENTAL AERIAL EQUIPMENT, INC. | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/17/2007 at 2:41PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT
Party Served: UNITED RENTAL AERIAL EQUIPMENT, INC. (herein called recipient) therein named.
At Location: C/O CORPORATION SERVICE COMPANY
50 WESTON STREET
HARTFORD CT

By delivering to and leaving with HYLA SKLAR FOR ROBERT ROUCZ and that deponent knew the person so served to be the MANAGING AGENT of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: BLOND
Age: 65/70    Height: 5'2"
Weight: 125    Other Features: SEATED

Sworn to before me on 9/18/2007

Gary Williams
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010