

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Attorneys at Law
1300 Mount Kemble Avenue
Morristown, New Jersey 07962-2075
Attorneys for Defendant,
United Rental Aerial Equipment, Inc.

By: _____
     Randi F. Knepper, Esq.

| | |
|---|---|
| THE ANNUITY, WELFARE and APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS of the INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES JAMES T. CALLAHAN, WILLIAM H. HARDING, LYNN A. MOUREY and ROBERT SHAW and JOHN and JANE DOE, as beneficiaries of the ANNUITY, WELFARE and APPRENTICESHIP SKILL IMROVEMENT & SAFETY FUNDS of the INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO, <br><br>        Plaintiffs, <br><br> vs. <br><br> UNITED RENTAL AERIAL EQUIPMENT, INC., <br><br>        Defendant. | : UNITED STATES DISTRICT COURT <br> : SOUTHERN DISTRICT OF NEW YORK <br> : <br> : <br> : <br> : CIVIL ACTION NO.: 07-cv-07877(SHS) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

### CIVIL ACTION – CONSENT ORDER EXTENDING TIME TO ANSWER AND ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE

THIS MATTER having been opened to the Court upon the application of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Defendant, United Rental Aerial

Equipment, Inc., and Brady, McGuire & Steinberg, P.C., attorneys for plaintiffs, the Annuity, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers, Local 15, 15a, 15c and 15d, AFL-CIO, by its Trustees James T. Callahan, William H. Harding, Lynn A. Mourey and Robert Shaw and John and Jane Doe, as Beneficiaries of the Annuity, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers, Local 15, 15a, 15c And 15d, AFL-CIO; and the Court having found good reason for the entry of this order;

IT IS on 27th of September 2007

STIPULATED, AGREED AND ORDERED that United Rental Aerial Equipment, Inc.'s time to answer or otherwise respond to the complaint be and hereby is extended to November 8, 2007; and it is further

ORDERED that the initial case management conference originally scheduled for October 26, 2007, be and hereby is adjourned to Nov. 16, 2007 at 10:30 a.m. ~~p.m.~~

_____
Honorable Sidney H. Stein, U.S.D.J.

The undersigned attorneys hereby consent to the form, content and entry of the within order.

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
Attorneys for Defendant,
United Rental Aerial Equipment, Inc.

By: _____
    Randi F. Knepper, Esq.

996772_1.DOC

**BRADY, MCGUIRE & STEINBERG, P.C.**
603 Warburton Avenue
Hastings-On-Hudson
New York, New York 10706
Attorneys for Plaintiffs,
The Annuity, Welfare and
Apprenticeship Skill Improvement & Safety Funds
of the International Union of Operating Engineers, Local
15, 15a, 15c and 15d, AFL-CIO, by its Trustees James T. Callahan,
William H. Harding, Lynn A. Mourey and Robert Shaw and
John and Jane Doe, as beneficiaries of the Annuity, Welfare and
Apprenticeship Skill Improvement & Safety Funds
of the International Union of Operating Engineers, Local
15, 15a, 15c and 15d, AFL-CIO,

By: _____
James M. Steinberg, Esq.

996772_1.DOC