

RECEIVED NOV 15 2007 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 11/15/07

**BRADY, McGUIRE & STEINBERG**
ATTORNEYS-AT-LAW
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706
TELEPHONE NOS. (914) 478-5755 OR (914) 478-____
TELECOPY NO. (914) 478-4142
EMAIL bms.law@verizon.net
Direct EMAIL james.steinberg4@verizon.net

MATTHEW C. McGUIRE
JAMES M. STEINBERG*

ROBERT D. BRADY
OF COUNSEL

*ADMITTED IN NEW YORK AND NEW JERSEY

November 14, 2007

<u>Via Facsimile Only</u>

The Honorable Sidney H. Stein
United States District Court
500 Pearl Street
New York, New York 10007-1312

    Re:    The Annuity, Welfare and Apprenticeship Skill Improvement &
            Safety Funds of I.U.O.E. Local 15 v. United Rental Aerial Equipment, Inc.
            Civil Case No. 07-CIV-7877 (SHS)

Dear Judge Stein:

    Our office represents the Plaintiffs in the above-captioned matter which is currently scheduled for an initial conference on Friday, November 16, 2007 at 10:30 a.m. At this time, we are pleased to advise Your Honor that the parties have amicably resolved this dispute. Accordingly, our office is in the process of preparing the necessary Stipulation of Discontinuance with Prejudice and opposing counsel is coordinating the issuance of a check in the amount of fringe benefit contributions owed to the Plaintiffs. As a result of this settlement, we respectfully request that the scheduled initial conference be canceled and that the parties be provided two (2) weeks to submit the necessary Stipulation to be so ordered. The undersigned has spoken to opposing counsel, Randi F. Knepper, and she joins in this request.

    Thank you for your attention to this matter.

Respectfully submitted,

*/s/ James M. Steinberg*
James M. Steinberg (JS-3515)

Cc:    Randi F. Knepper, Esq.

*[Handwritten note:]* The conference will take place on 11/30/07, at 10:00 a.m. if the stip of dismissal is not reached before then.

SO ORDERED 11/15/07

*/s/ Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.