USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, WILLIAM H. HARDING,
LYNN A. MOUREY and ROBERT SHAW, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                                  Plaintiffs,

-against-

UNITED RENTAL AERIAL EQUIPMENT, INC.,

                                  Defendant.
----------------------------------------------------------X

STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE

07-CIV-7877 (SHS)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party is an infant, incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as against Defendant UNITED RENTAL AERIAL EQUIPMENT, INC. and without costs to either parties as against the others. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: Hastings-on-Hudson, New York
        November 14, 2007

BRADY McGUIRE & STEINBERG, P C

By: James M. Steinberg (JS-3515)
Attorneys for Plaintiffs
603 Warburton Avenue
Hastings-on-Hudson, New York 10706
914-478-4293

So Ordered: 12/3/07

The Honorable Sidney H. Stein, U.S.D.J.

McELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP

By: Randi F. Knepper (RK-____)
Attorneys for Defendant
1300 Mount Kimble Avenue
Morristown, New Jersey 07962-2075
(973) 993-8100